

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Derek Lee Casey, Jr.,

Vs. No. 11-17-00139-CR

The State of Texas,

\* From the 350th District Court
of Taylor County,
Trial Court No. 12111-D.

\* December 14, 2017

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Derek Lee Casey, Jr.'s motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.